**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| BUTLER NATIONAL SERVICE CORPORATION, et al., | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| v. | ) ) | Case No. 09-2466-JWL-DJW |
| NAVEGANTE GROUP, INC., et al., | ) ) ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| NAVEGANTE GROUP, INC., | ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION |
| v. | ) ) | Case No. 09-2554-JWL-DJW |
| BUTLER NATIONAL SERVICE CORPORATION, | ) ) ) | |
| Defendant. | ) | |

**AMENDED SCHEDULING ORDER**

Pending before the Court is the parties' Joint Motion for Modification of the Scheduling Order (doc. 60). The parties ask the Court to move the deadlines for discovery and dispositive motions. However, it appears to the Court that if these deadlines are moved, then several other deadlines must be moved. Thus, after consulting with the District Judge, and for good cause shown, the motion is granted in part and denied in part, and the Scheduling Order (doc. 15), as previously amended by the Court (doc. 17), is further amended as follows:

1. All discovery shall be served or commenced in time to be completed by **November 15, 2010**.

2. All potentially dispositive motions (e.g., motions for summary judgment) shall be filed by **December 15, 2010**.

3. All motions to exclude testimony of expert witnesses pursuant to Fed.R.Evid. 702-705, *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), *Kumho Tire Co. v. Carmichael*, 526 U.S. 137 (1999), or similar case law, shall be filed no later than **December 15, 2010**.

4. The final pretrial conference is scheduled for **December 6, 2010, at 11:00 a.m.** and shall take place by telephone conference call. No later than **November 29, 2010**, Defendants shall submit to the U.S. Magistrate Judge (but not file with the Clerk's Office) the parties' joint proposed pretrial order. The proposed pretrial order shall be in the form available on the Court's website (www.ksd.uscourts.gov).

5. In addition, there shall be no more than 15 depositions by Plaintiffs and 15 depositions by Defendants.

The schedule adopted in this Order shall not be modified except by leave of court upon a showing of good cause.

**IT IS THEREFORE ORDERED** that the Joint Motion for Modification of the Scheduling Order (doc. 60) is granted in part and denied in part, and the Scheduling Order (doc. 15), as previously amended by the Court (doc. 17), is further amended as set forth herein.

**IT IS SO ORDERED**.

Dated in Kansas City, Kansas on this 11th day of August 2010.

                                                s/ David J. Waxse
                                                David J. Waxse
                                                U.S. Magistrate Judge

cc: All counsel and pro se parties